# **EXHIBIT A**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

Stoney Glen, LLC,
John P. Wright, and
Allen O. Keene,

        Plaintiffs,

v.                                       Civil Action No. 2:13cv00008

Southern Bank and Trust
Company,

        Defendant.

## **ORDER**

This matter is before the Court on Plaintiffs' Motion to Compel. The Court hereby grants the Motion and **Orders** Southern Bank and Trust Company to fully answer Stoney Glen's interrogatory numbers three, four, and five by July 31, 2013.

The Clerk is **REQUESTED** to send a copy of this Order to all counsel of record.

                                                                         _____

Norfolk, Virginia
Date: July ____, 2013