UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**STONEY GLEN, L.L.C.,**

**JOHN P. WRIGHT,**

and

**ALLEN O. KEENE**

 Plaintiffs and Counter-Claim Defendants,

v.              Civil Action No.: 2:13cv00008

**SOUTHERN BANK AND TRUST COMPANY,**

 Defendant and Counter-Claim Plaintiff.

## SOUTHERN BANK AND TRUST COMPANY'S MOTION TO COMPEL RESPONSES FROM PLAINTIFF JOHN P. WRIGHT

 Southern Bank & Trust Company ("Southern Bank"), by counsel, files this Motion to Compel Plaintiff John P. Wright to produce material that he has withheld from production. Pursuant to Local Rule 37(e), Southern Bank certifies that it has in good faith conferred with Plaintiffs' counsel in an effort to obtain the discovery without court action. For the reasons set forth in the accompanying Memorandum in Support of this Motion to Compel, Southern Bank respectfully requests that the Court overrule John P. Wright's objections to Southern Bank's discovery requests, and order John P. Wright to produce the requested documents.

 Wherefore, Southern Bank respectfully requests that this Court: (1) overrule John P. Wright's objections to Southern Bank's Requests for Production as requested in the

accompanying memorandum, and (2) order John P. Wright to produce all documents previously withheld that are responsive to the requests set forth in the attached memorandum.

        **SOUTHERN BANK AND TRUST COMPANY**

        By:    /s/ David M. Gettings
                   Of Counsel

        Jonathan L. Hauser, VBS No. 18688
        Jeffrey H. Gray, VSB No. 22304
        David M. Gettings, VSB No. 80394
        *Counsel for Southern Bank and Trust Company,*
        Troutman Sanders LLP
        222 Central Park Avenue, Suite 2000
        Virginia Beach, VA 23462
        757-687-7747 (telephone)
        757-687-1545 (facsimile)
        jonathan.hauser@troutmansanders.com
        jeffrey.gray@troutmansanders.com
        david.gettings@troutmansanders.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of September, 2013, I electronically filed the foregoing Motion to Compel with the Clerk of the Court using the CM/ECF System which will deliver a true and correct copy of the foregoing document via CM/ECF to the following:

Adam Casagrande, Esq.
Scott C. Miller, Esq.
Williams Mullen
999 Waterside Drive
Suite 1700
Norfolk, VA 23510
Telephone: (757) 622-3366
Facsimile: (757) 629-0660
acasagrande@williamsmullen.com
*Co-Counsel for Stoney Glen, L.L.C., John P. Wright and Allen O. Keene*

Wyatt B. Durrette, Jr., Esq.
J. Buckley Warden, IV, Esq.
DurretteCrump, PLC
1111 East Main Street, 16th Floor
Richmond, VA 23219
Telephone: (804) 775-6900
Facsimile: (804) 775-6911
wdurrette@durrettecrump.com
bwarden@durrettecrump.com
*Co-Counsel for Stoney Glen, L.L.C., John P. Wright and Allen O. Keene*

/s/ David M. Gettings
David M. Gettings, VSB No. 80394
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
757-687-7747 (telephone)
757-687-1545 (facsimile)
*Counsel for Southern Bank and Trust Company*

Active 21255312v1 240902.000061